# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

KINSLEY ISAIAH MIGHTY,

Petitioner,

v.

DEAN BORDERS, Warden,

Respondent.

Case No. 2:18-cv-04342-CJC (SK)

**JUDGMENT**

Pursuant to the Order Dismissing Petition for Untimeliness, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: June 29, 2018

HON. CORMAC J. CARNEY
U.S. DISTRICT JUDGE